**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 96-3011EA

| | | |
|---|---|---|
| Pinkey McFarlin, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| Marvin Poe, Individually and in his | * | District Court for the Eastern |
| official capacity as the coordinator of | * | District of Arkansas. |
| the third Judicial Drug Task Force; | * | |
| David Stewart, Individually and in his | * | [UNPUBLISHED] |
| official capacity as Chief of Police of | * | |
| the Newport Police Department, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: July 2, 1997
Filed: July 10, 1997

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Pinkey McFarlin appeals the district court's adverse grant of summary judgment in McFarlin's 42 U.S.C. § 1983 action. Having reviewed the record and the parties' briefs, we conclude the judgment of the district court was correct. We thus affirm the district court without further discussion. See 8th Cir. R. 47B.

We deny appellee David Stewart's motion to dismiss and motion for fees, costs, and sanctions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.